512 A.2d 1185

Zigmond LEFKOSKI, Jr., Petitioner,

v.

NEP COMMUNICATIONS, INC. (WNEP–TV Channel 16 News).

Supreme Court of Pennsylvania.

July 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 91 E.D. Appeal Docket 1986.